IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PALTALK HOLDINGS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-1239 (JFB) (SRF) |
| | ) |
| VALVE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO AMEND ANSWER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 15(a) Defendant Valve Corporation's proposed Amended Answer to Complaint for Patent Infringement, attached hereto as Exhibit 1, shall be docketed in this case and deemed filed and served upon entry of this stipulation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew C. Mayo*                      */s/ Jeremy A. Tigan*

John G. Day (#2403)                        Jack B. Blumenfeld (#1014)
Andrew C. Mayo (#5207)                     Jeremy A. Tigan (#5239)
500 Delaware Avenue, 8th Floor             1201 North Market Street
P.O. Box 1050                              P.O. Box 1347
Wilmington, DE 19801                       Wilmington, DE 19899-1347
(302) 654-1888                             (302) 658-9200
jday@ashby-geddes.com                      jblumenfeld@mnat.com
amayo@ashby-geddes.com                     jtigan@mnat.com

*Attorneys for PalTalk Holdings, Inc.*     *Attorneys for Valve Corporation*

November 20, 2017
11456576

SO ORDERED this ___ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE